UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT D. JORDAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-06-0124-AAM<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for additional proceedings consistent with this Court's order (Ct. Rec. #23) dated March 6, 2007, pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 6th day of March, 2007.

                                           JAMES R. LARSEN<br>                                           District Court Executive/Clerk


                                         by: ___s/ Karen White_____<br>                                                Deputy Clerk

cc: all counsel